[No. 19927.  *En Banc.*  November 10, 1926.]

HAZEL R. BRISTOW, *Respondent*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant*.[1]

Appeal from a judgment of the superior court for Lewis county, Reynolds, J., entered November 6, 1925, reversing a decision of the department of labor and industries rejecting a claim for compensation under the workmen's compensation law.  Affirmed.

*The Attorney General* and *M. H. Wight, Assistant*, for appellant.
*C. D. Cunningham*, for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court adheres to the opinion heretofore filed herein, and reported in 139 Wash. 274, 246 Pac. 573.  Judgment affirmed.

--------

[No. 19973.  *En Banc.*  November 10, 1926.]

THE STATE OF WASHINGTON, *on the Relation of Chatham-Phoenix National Bank & Trust Company of New York et al., Plaintiff*, v. W. O. PARR, *as Judge of the Superior Court for Chelan County, Respondent*.[2]

Application filed in the supreme court April 23, 1926, for a writ of prohibition to restrain the superior court for Chelan county, Parr, J., from issuing an injunction against a national bank, prior to judgment.  Granted.

*Wright & Catlett, Lord, Wire & Cobb*, and *Fred M. Crollard*, for relators.
*C. F. Wallace* and *Sumner & Adams*, for respondents.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, the court adheres to the opinion heretofore filed herein, and reported in 139 Wash. 255, 246 Pac. 751.

Let the writ issue.

[1]Reported in 250 Pac. 353.

[2]Reported in 250 Pac. 353.